1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERLAN LYNELL DICEY,

11              Plaintiff,                    No. 2:08-cv-2608 JFM (PC)

12        vs.

13   W.R. HARRISON, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Within thirty days from the date of this order, plaintiff shall complete the

3 attached Notice of Submission and submit the following documents to the court:

4      a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

5 and

6      b.  a certified copy of plaintiff's prison trust account statement for the six

7 month period immediately preceding the filing of the complaint.

8    2.  The Clerk of the Court is directed to send plaintiff a new Application to

9 Proceed In Forma Pauperis By a Prisoner; and

10    3.  Plaintiff's failure to comply with this order will result in a recommendation

11 that this action be dismissed without prejudice.

12 DATED: January 14, 2009.

13

14              _John F. Moulds_

15        UNITED STATES MAGISTRATE JUDGE

16 12/md
  dice2608.3c+.new

17

18

19

20

21

22

23

24

25

26

1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

BERLAN LYNELL DICEY,

7

                Plaintiff,                        No. 2:08-cv-2608-JFM (PC)

8

      vs.

9

W. R. HARRISON, et al.,                NOTICE OF SUBMISSION

10

                Defendants.

11

_____/

12

           Plaintiff hereby submits the following document in compliance with the court's

13

order filed _____:

14

            _____        Complete Application to Proceed In Forma Pauperis

15

                         By a Prisoner/Certified Copy of Prison Trust Account
                         Statement

16

DATED:

17

18

19

                         Plaintiff

20

21

22

23

24

25

26

3