IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                    No. 2:08-cv-2608 JAM JFM (PC)

   vs.

W.R. HARRISON, et al.,

    Defendants.           ORDER

_____/

       Plaintiff has requested an extension of time to file a response to defendants' motion to dismiss pursuant to the court's order of October 9, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's October 13, 2009 motion for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to defendants' September 1, 2009 motion to dismiss.

DATED: October 29, 2009.

                                                UNITED STATES MAGISTRATE JUDGE

/md
dice2608.36