IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

        Plaintiff,                       No. 2:08-cv-2608 JAM JFM (PC)

   vs.

W.R. HARRISON, et al.,

        Defendants.             <u>ORDER</u>

                               /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        On December 8, 2009, the United States Marshal filed an executed return of service on defendant W. R. Harrison together with a request for reimbursement of the costs of personal service on said defendant. By order filed December 23, 2009, defendant W. R. Harrison was directed to pay the United States Marshal the costs of personal service in this action within fourteen days unless within that time he filed a written statement showing good cause for his failure to waive service. On January 4, 2010, defendant Harrison filed a response to the December 23, 2009 order seeking relief from the order to pay the costs of service.

        The record shows that a request for waiver of service was mailed to defendant W. R. Harrison on July 7, 2009. No waiver was received, and the matter was assigned to personal

1   service on November 23, 2009.  Personal service was effected on November 25, 2009.  The
2   declaration of counsel filed in response to the court's December 23, 2009 order contains the
3   following averments.  On August 28, 2009, counsel received an inquiry from senior staff counsel
4   for the California Department of Corrections and Rehabilitation (CDCR) about counsel's
5   availability to defend this action.  Counsel's proposed budget was approved by CDCR on August
6   31, 2009, and on September 1, 2009, counsel received documents from CDCR including a
7   request for representation by defendant Harrison.  No waiver of service of summons was
8   included in the documents.  On September 1, 2009, counsel filed the motion to dismiss now
9   pending before the court.  On December 14, 2009, counsel learned from a representative of the
10  United States Marshal's Office that absent a court order the Marshal is required to personally
11  serve all parties for whom no waiver of service is returned, even if the party has filed a
12  responsive pleading.  At the time counsel filed the motion to dismiss she was unaware that
13  personal service would be effected in the absence of a signed waiver of service.

14          While defendant's response may provide a basis for some discussion between
15  defendant and CDCR staff counsel concerning payment of the costs of service, it does not show
16  good cause for relief from the court's order.  Accordingly, defendant Harrison's request for relief
17  from the court's December 23, 2009 order will be denied.

18          On February 22, 2010, plaintiff filed a request for five subpoena forms.  Plaintiff
19  represents that he may need these forms for trial of this matter.  Good cause appearing, plaintiff's
20  request will be denied without prejudice to its renewal, as appropriate, should this case be set for
21  trial after the close of dispositive motions.

22          In accordance with the above, IT IS HEREBY ORDERED that the request of
23  defendant Harrison for relief from this court's December 23, 2009 order is denied.  Full payment
24  /////
25  /////
26  /////

of $103.62 shall be tendered to the United States Marshal within ten days from the date of this order.

DATED: March 8, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
dice2608.o