IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                    No. 2:08-cv-2608 JAM JFM (PC)

    vs.

W. R. HARRISON, et al.,

      Defendants.           <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On December 9, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 9, 2011, are adopted in full;

2. Defendants' March 11, 2011 motion for summary judgment is denied as to plaintiff's Eighth Amendment excessive force claim against defendant Harrison and granted as to plaintiff's Eighth Amendment claim of deliberate indifference against defendants Pfadt and Harrison;

3. This action shall proceed to trial on plaintiff's Eighth Amendment excessive force claim against defendant Harrison; and

4. This matter is referred back to Judge John F. Moulds for further pretrial proceedings.

DATED:   February 10, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

2