**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant HARRISON

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLAN LYNELL DICEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>W.R. HARRISON, A. PFADT,<br><br>　　　　Defendants | CASE NO: 2:08-CV-2608-JAM JFM (PC)<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

　　　The parties to this action hereby stipulate to the dismissal of the action in its entirety, with prejudice, each side to bear his own costs and attorneys fees.

Dated: 6/23/12　　　　　　　　*/s/ "Berlan Lynell Dicey"* (original signature retained by counsel)
　　　　　　　　　　　　　　　　BERLAN LYNELL DICEY
　　　　　　　　　　　　　　　　Plaintiff in Pro Se


Dated: 8/14/12　　　　　　　　WILLIAMS & ASSOCIATES

　　　　　　　　　　　　　　　　*/s/ Kathleen J. Williams*
　　　　　　　　　　　　　　　　KATHLEEN J. WILLIAMS, CSB 127021
　　　　　　　　　　　　　　　　Attorneys for defendant HARRISON

**IT IS SO ORDERED**

Dated: 9/7/2012　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　JOHN A. MENDEZ, Judge, USDC
　　　　　　　　　　　　　　　　Eastern District of California